ANTONINO MARCIANTI, Respondent, v. TOMPKINS BUS CORPORATION, Defendant. In the Matter of the Appeal of CLINTON W. WOOD, Appellant.— Motion for stay granted.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOHN C. McINERNEY and Others, Respondents, v. JOHN H. PLATE, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THOMAS F. NELSON, Appellant, v. THOMAS J. RYAN, Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROSE M. PALMER and Another, Plaintiffs, v. ROTARY REALTY Co., INC., and Others, Defendants.— Motion denied.  The final judgment has been signed by the Special Term, and should be entered.  Present — Kelly, P. J., Rich, Manning and Young, JJ.; Kapper, J., taking no part.

GUISIPPINA PARASCANDOLA, as Administratrix, etc., Respondent, v. FRANK AUDITORE, etc., and Others, Appellants.— Motion for extension of time to serve and file case on appeal denied.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LEWIS E. PEPPERMAN, Respondent, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.  OVERSEAS SHIPPING COMPANY, INC., Appellant.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

PRIVATE A. S. REALTY CORPORATION, Appellant, v. BETTINA JULIAN and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

RAFFAELE PUGLIESE, Respondent, v. RAFFAELA PUGLIESE, Appellant.— Motion to resettle order granted.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.  Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE COLANTONE, Appellant.— Motion to resettle order granted.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.  Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. DAVID MORRIS and Others, as Assessors of the Town of Fishkill, Dutchess County, N. Y., Appellants.— Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

* DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY, INC., Defendant.  JAMES STEWART & COMPANY, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant.  (Appeals 1 and 2, in Actions 1 and 2.) — Motions to dispense with printing additional papers granted.  Such papers may be produced and submitted on the argument.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants.  (Action No. 1.) — Motion for stay denied.  Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.